**Order entered August 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00985-CV

### ALAA MOHAMAMD WEISS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

## ORDER

The Court questioned its jurisdiction over this appeal as it appeared no final judgment had been signed although the trial court had orally denied appellant's petition for non-disclosure and signed an order appearing to deny a motion for rehearing of the denial of the petition. *See* TEX. R. APP. P. 26.1; *Farmer v. Ben E. Keith*, 907 S.W.2d 495, 496 (Tex. 1995). At the Court's request, the parties have filed jurisdictional letter briefs. We rule as follows.

We **REMAND** this case to the trial court for clarification of the trial court's intent to enter a final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). If the trial court intended to enter a final judgment, it shall sign a final judgment within thirty days of the date of this order and have filed a supplemental clerk's letter containing a copy of the

judgment within thirty-five days of the date of this order. If the trial court did not intend to enter a final judgment, it shall notify the parties and the Court in writing no later than September 12, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Pamela Luther, Presiding Judge of County Court of Criminal Appeals No. 2; Dallas County Clerk John F. Warren; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated no later than September 23, 2019.


/s/      BILL WHITEHILL
         JUSTICE